UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 20-1680

_____

ROBERT C. ATKINSON, JR.,
Petitioner

v.

NATIONAL LABOR RELATIONS BOARD,
Respondent

_____

(D.C. Civ./Crim. No. 06-ca-143062)

_____

SUR PETITION FOR PANEL REHEARING

_____

Present: McKEE, PORTER, FISHER, Circuit Judges

The petition for rehearing filed by respondent in the above-entitled case having

been submitted to the judges who participated in the decision of this Court, it is hereby

ORDERED that the petition for rehearing by the panel is granted. The Clerk is directed to

file the amended opinion and judgment contemporaneously with this order.

BY THE COURT,

s/ David J. Porter
Circuit Judge

Date: November 9, 2021
Sb/cc: All Counsel of Record